Jeffrey Pennington
    Petitioner

Case #

v

Twiggs County
Twiggs county Sheriff

Habus corpus

1/6/14

Comes Now, a man Jeffrey Allen and do hereby submit this Habus corpus. and submit the following;

1. i a man do wish to be released based on violations oor my rights under color of Law.

2. i a man do require a hearing in 24hrs.
    I do verify I am unable to pay.
    I do verify that all that is stated is true and correct under the pelawty of perjury.

By: Jeffry allen

RECEIVED
CLERK'S OFFICE
2014 JAN 21 AM 8:43
U.S.
MBDLE GEORGIA
MACON, GEORGIA